**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6430**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWIN JAY WALKER RANDALL, a/k/a Jay Walker,
a/k/a Jamal Carter, a/k/a Mo,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CR-97-115)

─────────────

Submitted: October 21, 1999      Decided: October 27, 1999

─────────────

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Keith Loren Kimball, Virginia Beach, Virignia, for Appellant. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edwin Jay Walker Randall appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Randall</u>, No. CR-97-115 (E.D. Va. Mar. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2